KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
TERESA M. SAUCEDO, #093121
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile:  (559) 737-4319

Attorneys for the COUNTY OF TULARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF TULARE,<br><br>               Plaintiff,<br><br>     v.<br><br>ACE CASH EXPRESS; DONALD H. NEUSTADT, an individual; JAY BE SHIPOWITZ, an individual; WILLIAM S. McCALMONT, an individual; WALTER E. EVANS, an individual; and DOES 1 through 100, inclusive<br><br>               Defendants. | Case No.  1:05-cv-00561 AWI LJO<br><br>**FOURTH STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS** |

        IT IS HEREBY STIPULATED, by and between the parties hereto, that the time in which to serve and file responsive pleadings to the Complaint by all defendants is further extended to July 29, 2005, due to settlement negotiations between the parties.  An initial extension of time in which to serve and file responsive pleadings to the Complaint by all defendants has already been obtained. The initial extension was up to and including June 24, 2005,  pursuant to United States District Court, Eastern District of California, Local Rule 6-144(a).  A second stipulation for a request for extension of time in which to serve and file responsive pleadings to the Complaint by all defendants was submitted on June 22, 2005, due to settlement discussions between the parties which took place on June 24, 2005.  A third stipulation for a request for extension of time in which

to serve and file responsive pleadings to the Complaint by all defendants was submitted on June 29, 2005, due to probable settlement that must be approved by the Tulare County Board of Supervisors at its July 12, 2005, board meeting. Defendant has not yet received the signed Stipulations back from the court.

    No trial date is set as of yet.

IT IS SO STIPULATED

DATED: _____, 2005

                      By:  /s/ Teresa M. Saucedo, Esq.
                            Teresa M. Saucedo
                            Attorneys for County of Tulare

DATED: _____, 2005

                        By:  /s/ Adrienne R. Hahn, Esq. (as authorized on July 14, 2005
                            Adrienne R. Hahn
                            Attorneys for Defendants ACE CASH EXPRESS, INC.; DONALD H. NEUSTADT; JAY BE SHIPOWITZ; WILLIAM S. McCALMONT; and WALTER E. EVANS

IT IS SO ORDERED.

**Dated:   July 25, 2005**               **/s/ Anthony W. Ishii**
0m8i78                        UNITED STATES DISTRICT JUDGE

COUNTY COUNSEL
TULARE COUNTY
VISALIA, CALIFORNIA

Page 2

**FOURTH STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**