1  KATHLEEN BALES-LANGE, #094765
   County Counsel for the County of Tulare
2  TERESA M. SAUCEDO, #093121
   Deputy County Counsel
3  2900 West Burrel, County Civic Center
   Visalia, California 93291
4  Telephone: (559) 733-6263
   Facsimile: (559) 737-4319

FILED

JUL 0 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

6  Attorneys for the COUNTY OF TULARE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| COUNTY OF TULARE | Case No. 1:05-cv-00561 AWI LJO |
|---|---|
| Plaintiff, | **STIPULATION RE: DISMISSAL** |
| v. | |
| ACE CASH EXPRESS; DONALD H. NEUSTADT, an individual; JAY BE SHIPOWITZ, an individual; WILLIAM S. McCALMONT, an individual; WALTER E. EVANS, an individual; and DOES 1 through 100, inclusive | |
| Defendants. | |

It is hereby stipulated by and between the parties to this action through their respective attorneys of record that:

1.  This action be dismissed with prejudice; and
2.  Each party shall bear its own respective fees and costs.

//
//
//
//
//

COUNTY COUNSEL
TULARE COUNTY
VISALIA, CALIFORNIA

Page 1

**STIPULATION RE: DISMISSAL**

| | | |
|---|---|---|
| 1 | Dated: 8/29/05 | /s/ Teresa Saucedo |
| 2 | | Teresa M. Saucedo<br>Attorney for Plaintiff County of Tulare |
| 4 | Dated: 8/29/05 | /s/ Adrienne R. Hahn as authorized on |
| 5 | | August 29, 2005<br>Adrienne R. Hahn |
| 6 | | Attorney for Defendants Ace Cash<br>Express, Inc., Donald H. Neustadt, Jay |
| 7 | | B. Shipowitz, William S. McCalmont<br>and Walter E. Evans |

It is so Ordered. Dated: 7-6-06

_____
United States District Judge

CGV/8/29/05/20041024/134898.wpd